FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2022 NOV 30 PM 2:54

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 8:22-cr-413-VMC-MRM

18 U.S.C. § 922(g)(1)

KEIRON WILLIAMS

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about July 22, 2022, in the Middle District of Florida, the defendant,

KEIRON WILLIAMS,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Possession of Cocaine, on or about December 10, 2012;

2. Felon in Possession of a Firearm, on or about January 8, 2016; and

3. Possession of Marijuana, on or about November 2, 2020,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Springfield Armory, model XD-9, semi-automatic pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following: a Springfield Armory, model XD-9, semi-automatic pistol.

4. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: *[signature]*
Stacie B. Harris
Assistant United States Attorney
Chief, Special Victims Section

By: *[signature]* for
Christopher F. Murray
Assistant United States Attorney
Chief, Criminal Division (South)

FORM OBD-34
November 22

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

KEIRON WILLIAMS

INDICTMENT

Violations: 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

A true bill.

_____
Foreperson

Filed in open court this 30th day

of November, 2022.

_____
Clerk

Bail $_____

GPO 863 525