**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:22-cr-413-T-33MRM | **DATE:** July 18, 2023 |
|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | |
| | **GOVERNMENT COUNSEL** <br> Stacie B. Harris |
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> KEIRON WILLIAMS | ADRIAN BURDEN, AFPD |
| **COURT REPORTER:** Susan Cayler | **DEPUTY CLERK:** Magaly Justiniano |
| **TIME:** 4:21 PM – 4:36 PM <br> **TOTAL:** 15 mins | **COURTROOM:** 14B |
| | **PROBATION:** Ashley Shaw |

**PROCEEDINGS:** CRIMINAL MINUTES – SENTENCING REFORM ACT MINUTES

Case called to order.

Defendant is adjudged guilty on Count One of the Indictment.

Statements made by counsel.

Defendant chose to allocute.

Imprisonment: **FIFTY (50) MONTHS**. The terms of imprisonment imposed by this judgment shall run consecutively with the defendant's term of imprisonment imposed pursuant to the judgment in Docket Number 8:14-cr-383-VMC-AEP, United States District Court, Middle District of Florida, Tampa Division.

The Court makes the following recommendations to the Bureau of Prisons:

- Defendant be housed at FCI Coleman or the nearest Bureau of Prisons facility.
- Defendant be allowed to receive vocational training to obtain his Commercial Driver's License (CDL).
- Defendant be allowed to participate in electrical and business-related educational and vocational programs.

- Defendant be allowed to participate in college level courses.
- Defendant be considered for the 500 Hour Residential Drug Abuse Program (RDAP), if eligible.

Supervised Release: **THREE (3) YEARS**.

Fine is waived.

Special Assessment: $100.00 to be paid immediately.

Special conditions of supervised release:

- Defendant shall participate as directed in a program approved by the probation officer for treatment of **narcotic addiction or drug or alcohol dependency** which may include testing for the detection of substance use or abuse.  Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability or third-party payment and in conformance with the probation office's sliding scale for substance abuse treatment services.

- Defendant shall participate as directed in a program for **mental health treatment** approved by the probation officer. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability of third-party payment and in conformance with the probation office's sliding scale for mental health treatment services.

- Defendant shall submit to a search of his person, residence, place of business, any storage units under his control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release.  Defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.  Failure to submit to a search may be grounds for revocation.

- The mandatory drug testing provisions shall apply pursuant to the Violent Crime Control Act.  Based on the probation officer's determination that additional drug urinalysis is necessary, the Court authorizes random drug testing not to exceed 104 tests per year.  Defendant shall refrain from any unlawful use of a controlled substance.  Further the defendant shall submit to one drug within 15 days of placement on supervision and at least 2 periodic drug tests thereafter as directed by the probation officer.

- Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

Defendant is remanded to the custody of the US Marshal.

Defendant advised of right to appeal and to counsel on appeal.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| Total Offense Level | 17 |
|---|---|
|  |  |

| Criminal History Category: | V |
| --- | --- |
| Imprisonment Range | 46-57 months |
| Supervised Release Range | 1-3 years |
| Restitution: | n/a |
| Fine Range | $10,000-$95,000 |
| Special Assessment | $100.00 |